```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSEPH VOLFMAN,                                                  :
                                                                 :
                          Plaintiff,                             :
                                                                 :        24 Civ. 6171 (JPC)
           -v-                                                   :
                                                                 :              ORDER
NORSANG CAFE INC. and MAXANNE REALTY,                            :
INC.,                                                            :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 30, 2024, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 13, 14. Defendants' deadline to respond to the Complaint was therefore October 21, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until November 19, 2024. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by November 26, 2024.

SO ORDERED.

Dated: November 12, 2024  
      New York, New York

                                                    JOHN P. CRONAN  
                                                    United States District Judge